**Norbert J. KEILBACH, Plaintiff-Appellant,**

v.

**EAST WEST BANK; et al., Defendants-Appellees.**

No. 15-55472

United States Court of Appeals, Ninth Circuit.

Argued and Submitted January 10, 2017 Pasadena, California

Filed January 27, 2017

David R. Haberbush, Attorney, Haberbush & Associates, LLP, Long Beach, CA, for Plaintiff-Appellant

Kathryn L. McCann, Kim Zeldin, Attorney, Attorneys, Liner LLP, Los Angeles, CA, for Defendant-Appellee East West Bank

Joon W. Song, The Song Law Group, APLC, Los Angeles, CA, for Defendants-Appellees Hanmi Bank, Hanmi Financial Corp.

Silva Berejian, Attorney, Levon Kirakosian, Kirakosian & Associates, Glendale, CA, for Defendants-Appellees Vahe Yeghiazarian, Inc., Vahe Yeghiazarian, Jee Young Kim, aka Jee Kim

Kenneth C. Feldman, Esquire, Attorney, Lewis Brisbois Bisgaard & Smith LLP, Los Angeles, CA, for Defendant-Appellee Leslie T. Zador

Jonathan Berres Cole, Esquire, Attorney, Mark Schaeffer, Nemecek & Cole, LLP, Sherman Oaks, CA, for Defendants-Appellees Dae Woo Nam, aka Dan Dae Woo Nam, Min Cha Kim, aka Kim Min Ja, DN AM Construction, Inc.

Daniel C. Streeter, Attorney, Troutman Sanders LLP, Irvine, CA, Lisa Nobles, Attorney, Kelly & Walker LLC, Denver, CO, for Defendant-Appellee Remax Holdings, Inc.

Before: KOZINSKI and WATFORD, Circuit Judges, and WHALEY,* Senior District Judge.

MEMORANDUM **

Appellant Norbert J. Keilbach appeals from the district court's order dismissing his complaint for damages allegedly resulting from violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 et seq. Keilbach also objects to the dismissal of his complaint with prejudice and without leave to amend.

For the reasons stated in the district court's order (Keilbach v. Nam, No. 2:14-cv-09827-RGK-JC (C.D. Cal. Mar. 13, 2015)), the judgment is **AFFIRMED**.

---

* The Honorable Robert H. Whaley, Senior District Judge for the United States District Court for the Eastern District of Washington, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.